**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7483**

_____

ROBERT EARL WILLIAMSON,

               Plaintiff - Appellant,

      v.

RICK CLARK, Sheriff of Pickens; DIRECTOR OF JAIL, Pickens
County,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Timothy M. Cain, District Judge.
(8:15-cv-04515-TMC)

_____

Submitted:  February 15, 2017     Decided:  February 24, 2017

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Earl Williamson, Appellant Pro Se.  Amy Miller Snyder,
CLARKSON WALSH TERRELL & COULTER, PA, Greenville, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Earl Williamson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> Order, <u>Williamson v. Clark</u>, No. 8:15-cv-04515-TMC (D.S.C. Oct. 14, 2016), ECF No. 71. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>